20 A.3d 1188

**Roy ROBINSON, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF PROBATION AND PAROLE, Appellee.**

No. 72 EAP 2010.

Supreme Court of Pennsylvania.

May 24, 2011.

### ORDER

PER CURIAM.

**AND NOW,** this 24th day of May, 2011, the order of the Commonwealth Court is **AFFIRMED.** *See Poulson v. Penn-*

*sylvania Bd. of Probation and Parole,* 610 Pa. 394, 20 A.3d 1178 (2011).